No. 75–1583. MORRIS ET AL. *v.* GRESSETTE, PRESIDENT PRO TEM, SOUTH CAROLINA SENATE, ET AL. Appeal from D. C. S. C. [Probable jurisdiction noted, 429 U. S. 997.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of appellants granted and 15 minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 76–878. MAHER, COMMISSIONER OF SOCIAL SERVICES OF CONNECTICUT *v.* DOE ET AL. Appeal from D. C. Conn.;

No. 76–1033. EVANS, TRUSTEE IN BANKRUPTCY *v.* S. S. KRESGE Co. C. A. 3d Cir.; and

No. 76–1079. LEVC, AKA O'BLAK, ET AL. *v.* CONNORS, TREASURER OF MONTANA, ET AL. Sup. Ct. Mont. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 76–911. ADAMO WRECKING Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted.

No. 76–529. MONTANA POWER Co. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–585. AMERICAN PETROLEUM INSTITUTE ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–594. INDIANA-KENTUCKY ELECTRIC CORP. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–603. ALABAMA POWER Co. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.;

No. 76–619. UTAH POWER & LIGHT Co. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.; and

No. 76–620. WESTERN ENERGY SUPPLY & TRANSMISSION ASSOCIATES ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari granted limited to the following questions:

1. Whether regulations promulgated by the Environmental